Tyler *verſ.* Richards, Adminiſtrator.

INDEBITATUS ASSUMPSIT, for Boarding and Schooling Inteſtate's Son. Proof that the Inteſtate promiſed *to pay honourably.*

*Mr. Auchmuty.* This Action will not lye; they ought to have brought a *Quantum Meruit.* Law of Evid. 190.

*Meſſrs. S. Quincy* & *Adams.* It has always been the

---

*Margin notes:*

1765.

WATTS
*v.*
HASEY.

TYLER
*v.*
RICHARDS.

Rec. 1765.
Fol. 243.

*Indebitatus Aſſumpſit* for Boarding and Schooling Defendant's Son, is not ſupported by Proof of a

1765.

TYLER
*v.*
RICHARDS.

Promiſe " to
pay honoura-
bly."

the Cuſtom of this Court, to allow an *Indebitatus Aſſumpſit* to lye, if the Services alledged were proved to have been done. As every Man is ſuppoſed to aſſume to pay the cuſtomary Price. Aſſumpſit is always brought for Work done by Tradeſmen, and is always allowed. The Price for Boarding and Schooling is as much ſettled in the Country, as it is in the Town for a Yard of Cloth, or a Day's Work by a Carpenter.

*Mr. Auchmuty.* It is high Time ſome Rule was ſettled by this Court in Relation to theſe Actions; For if a *Quantum Meruit* is not neceſſary here, 'tis neceſſary in no Caſe. The Practice has always been varying, the Court ſometimes denying, and ſometimes allowing ſuch Proof, to ſupport theſe Actions. But had *Indebitatus Aſſumpſit* been brought for a Yard of Cloth, and the Evidence had been a Promiſe to pay *honourably*, I'm ſure 'twould have defeated the Action. My Lord Gilbert ſays, " Courts muſt go according to the *Allegata et Probata.*" Now, what is alledged here ? That my Client promiſed to pay abſolutely ſo much. What is the Proof ? That he promiſed to pay *honourably.* If this Proof is admitted, there will be an End of any Diſtinction between *Indebitatus Aſſumpſit* and a *Quantum meruit.*

*The whole Court, abſente Ruſſell,* were unanimous that this Evidence would not ſupport the Declaration; on which the Plaintiffs diſcontinued, paying Coſts.*

* *Sed vid.* the cauſe of *Pyncheon* vs. *Brewſter*, poſt.